IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN LEWIS SEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-837-WKW |
| | ) | |
| BRANCH BANKING AND TRUST CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 8, 2016, the Magistrate Judge filed a Recommendation (Doc. # 19) to which Plaintiff timely filed objections (Doc. # 22). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). In the Recommendation, the Magistrate Judge determined that Defendant properly removed this action from state court based on diversity jurisdiction. Plaintiff's objections do not address the propriety of removal or the finding that the court has diversity jurisdiction. The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1)   Plaintiff's objections (Doc. # 22) are OVERRULED;

(2)   The Recommendation (Doc. # 19) is ADOPTED; and

(3)     Plaintiff's Motion to Remand (Doc. # 4) is DENIED.

DONE this 25th day of July, 2016.

                                             /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE